| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John F. Brady, Esq. – SBN 63900<br>John F. Brady and Associates, APLC<br>4308 Lime Street<br>Riverside, CA 92501<br>Tel: (951) 682-3050<br>Fax: (951) 777-2875<br>E-mail: Johnbrady.cbg@zoho.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>CARLOS GARCIA | CASE NO.: 6:18-bk-17735 MH |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)** |
| Debtor(s). | DATE: 10/02/2018<br>TIME: 10:00 am<br>COURTROOM: 303 |

**Movant:** CARLOS GARCIA

1. NOTICE IS HEREBY GIVEN to THE COURT, CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☒ 3420 Twelfth Street, Riverside, CA 92501

3. ☒ a.  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☐ b.  This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least _____ days before the hearing.

(1) ☐  An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐  An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

(3) ☐  An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.  If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.


Date:  09/15/2018


John F. Brady
Printed name of law firm (if applicable)

John F. Brady
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                              F 4001-1.IMPOSE.STAY.MOTION

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** CARLOS GARCIA

1. **The Property or Debt at Issue:**
   a. ☐ Movant moves for an order imposing a stay with respect to the following property (Property):
   ☐ Vehicle (*describe year, manufacturer, type, and model*):
   Vehicle Identification Number:
   Location of vehicle (*if known*):

   ☐ Equipment (*describe manufacturer, type, and characteristics*):
   Serial number(s):

   Location (*if known*):

   ☐ Other Personal Property (*describe type, identifying information, and location*):

   ☒ Real Property
   Street Address: 480 Bryn Mawr Ct
   Apt./Suite No.:
   City, State, Zip Code: COLTON, CA 92324, CA 92530
   Legal description or document recording number (include county of recording): Lot 98. Tract No. 4045.
   in the City of Colton, County of San Bernardino, State of California, as Per Plat Recorded in Book 51, of Maps, Pages 88-89, Records
   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) JFT ROSE INC
   2811 E. katella Ave., Ste 100, Orange, CA 92867
   to secure the sum of approximately $ 146,279.00 _____ now owed. (Secured Creditor/Lessor).
   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** <u>as to *all creditors*</u>.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*; and/or

   e. ☒ Movant moves for an order continuing the **automatic stay** <u>as to *all creditors*</u>.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*): 09/12/2018

   b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

   d.   Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the
        petition date in this case.  These cases and the reasons for dismissal are:

        1.   Case name: Carlos Garcia
             Case number: 6:16-bk-18009-MH                Chapter: 13
             Date filed: 09/06/2016                       Date dismissed: 08/09/2018
             Relief from stay re this Property            ☒ was     ☐ was not granted
             Reason for dismissal: DEBTOR  FELL BEHIND ON TRUSTEE  PAYMENTS DUE TO

             TOTAL LOSS OF INCOME IN MARCH 2018 AND COULD NOT CATCH UP.

        2.   Case name:
             Case number:                                 Chapter:
             Date filed:                                  Date dismissed:
             Relief from stay re this Property            ☐ was     ☐ was not granted
             Reason for dismissal:

             ☐ See attached continuation page

   e.   ☐   As of the date of this motion the Debtor ☐ has ☒ has not  filed a statement of intentions regarding this
            Property as required under 11 U.S.C. § 521(a)(2).  If a statement of intentions has been filed, Debtor ☐ has
            ☐ has not  performed as promised therein.

   f.   ☐   The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was 10/24/2018  and the court
            ☐ has ☒ has not  fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.
            § 521(a)(2). The extended date (if applicable) is _____.

   g.   ☒   In a previous case(s), as of the date of dismissal there was:
            ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
            ☒ such action had been resolved by an order terminating, conditioning or limiting the stay as to such
               creditor.

3.   The equity in the property is calculated as follows:

   a)   1.   Property description/value: SFR DEBTORS RESIDENCE                       $ 262,177.00
        2.   Creditor/Lien amount: JFT ROSE INC                                     $ 146,279.00
        3.   Creditor/Lien amount: REAL ESTATE TAXES                                $ 4,852.00
        4.   Creditor/Lien amount: _____                     $ _____
        5.   Creditor/Lien amount: _____                     $ _____
        6.   Total Liens                                                            $ 151,131.00
        7.   Debtor's Homestead Exemption                                           $ 100,000.00
        8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 110,046.00

   b)   1.   Property description/value: _____               $ _____
        2.   Creditor/Lien amount: _____                     $ _____
        3.   Creditor/Lien amount: _____                     $ _____
        4.   Creditor/Lien amount: _____                     $ _____
        5.   Creditor/Lien amount: _____                     $ _____
        6.   Total Liens                                                            $ _____
        7.   Debtor's Homestead Exemption                                           $ _____
        8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ _____

        ☐   See attached continuation page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 4                          F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing The Stay:**

a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

    1. ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

        A. ☒ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

        B. ☒ Good faith is shown because
           Debtor has an increase in DMI of $941.00 /month over his prior case. The expenses in
           J are in accordance with the IRS Guidelines for a family of four(4). And the budget is more
           realistic in this case than in the prior case.

            ☒ See attached continuation page

    2. ☒ The Property is of consequential value or benefit to the estate because:

        A. ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

        B. ☒ The Property is necessary to a reorganization for the following reasons:
           Debtor lives in property with his spouse, their two minor children, ages 5 and 11 years old.

            ☒ See attached continuation page

        C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):
           There is approximately $110,046.00 equity in the property. The JFT Rose mortgage balance is
           $147,279.00. There is an 74% equity cushion, in relation to the JFT Rose mortgage

            ☐ See attached continuation page

    3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

        A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
        B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
        C. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:
           Debtor wanted to keep the home for his family and the budget, created in the prior case was
           not workable. It was too high in relation to debtor's income. Debtor believed that with overtime or
           more shifts he could keep up with the payments, but there was not enough overtime.

            ☒ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 5                     **F 4001-1.IMPOSE.STAY.MOTION**

D. ☒ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:
There is a 74% equity cushion in the property.

☐ See attached continuation page

E. ☒ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:
Debtor believed that with overtime he could make all the required payments, but could not .
THE IRS required him to withold $$$$$$$$$$ from his pay. That has been changed recently.

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:
Since the filing of the prior case, debtor has an increase of DMI of $941.00/month.
In the prioer case the IRS was requiring that Debtor withold excess from his pay.
That has been changed recently and debtoris witholding is corrected.
From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) is overcome in this case because
Debtor has  sufficiet income to pay all required payments  and his tax withholding is less.. There is
$941.00 more DMI in this case and there is $110,046.00 equity in the property.

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 6          **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

_____

_____

_____

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____

_____

_____

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☐ Good faith is shown because:

_____

_____

_____

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____

_____

_____

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____

_____

_____

☐ See attached continuation page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 7                          **F 4001-1.IMPOSE.STAY.MOTION**

4.  ☐  Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐  See attached continuation page

5.  ☐  There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐  See attached continuation page

6.  ☐  For the following additional reasons:

_____
_____
_____
_____
_____

☐  See attached continuation page

7.  ☐  The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____

☐  See attached continuation page(s)

6.  **Evidence in Support of Motion: (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)**

a.  ☐  Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b.  ☒  Other Declaration(s) are also attached in support of this Motion.
c.  ☒  Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _C 1-2_____
d.  ☒  Other evidence (*specify*): Zillow value of residence  Exhibit A, Notice of Trustee's sale Exhibit B

7.  ☐  **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1.  ☒  That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 8                        **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)
_____
_____
_____

8. ☒ For other relief requested, see attached continuation page.

Date: __09/15/2018__

Respectfully submitted,

__CARLOS GARCIA_____
Movant name

_John F. Brady & Associates, APLC_____
Firm name of attorney for Movant (if applicable)

Signature _____

__CARLOS GARCIA_____
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, __CARLOS GARCIA_____, am the _debtor_____ of Movant. I have read the foregoing motion consisting of _____ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

__09/15/2018__    __CARLOS GARCIA_____    _____
Date          Printed name of declarant              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT C-1

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Carlos Garcia |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 6:18-bk-17735 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed | ☐ Employed |
| | | ☐ Not employed | ☐ Not employed |
| Occupation | | Conductor | |
| Employer's name | | Union Pacofic Railroad | |
| Employer's address | | 19100 Slover Ave Colton, CA 92324 | |
| How long employed there? | | 29 Years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,625.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 6,625.00 | $ N/A |

Debtor 1   **Carlos Garcia**                                    Case number (if known)  **6:18-bk-17735**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** | 4. $ **6,625.00** | $ **N/A** |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ **563.00** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. $ **699.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. $ **209.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. $ **286.00** | $ **N/A** |
| 5h. | Other deductions. Specify: _____ | 5h.+ $ **0.00** | + $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ **1,757.00**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ **4,868.00**    $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ **0.00**    $ **N/A**

8b. **Interest and dividends**    8b. $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ **0.00**    $ **N/A**

8d. **Unemployment compensation**    8d. $ **0.00**    $ **N/A**

8e. **Social Security**    8e. $ _____    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f. $ **0.00**    $ **N/A**

8g. **Pension or retirement income**    8g. $ **0.00**    $ **N/A**

8h. **Other monthly income. Specify:** _____    8h.+ $ **0.00**    + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ **0.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10. $ **4,868.00** + $ **N/A** = $ **4,868.00**

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____    11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. $ **4,868.00**

                                                         **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: | Debtor's gross monthly income calculation includes average Meal Allowance Reimbursement of 105.33/month.

.

# EXHIBIT C-2

Case 6:18-bk-17735-MH    Doc 11    Filed 09/15/18    Entered 09/15/18 19:48:38    Desc
Main Document    Page 14 of 24

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Carlos Garcia** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:18-bk-17735** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY ___ ___ ___

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 5 | ☐ No  ■ Yes |
| | Son | 11 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ 1,028.61 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.  $ 150.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ 90.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ 25.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5.  $ 0.00 |

Debtor 1    **Carlos Garcia**                                     Case number (if known)    **6:18-bk-17735**

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a.   $ 95.00 |
| | 6b.   Water, sewer, garbage collection | 6b.   $ 60.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.   $ 227.00 |
| | 6d.   Other. Specify: | 6d.   $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7.   $ 875.00 |
| 8. | **Childcare and children's education costs** | 8.   $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.   $ 200.00 |
| 10. | **Personal care products and services** | 10.   $ 75.00 |
| 11. | **Medical and dental expenses** | 11.   $ 50.00 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.** Do not include car payments. | 12.   $ 540.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.   $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14.   $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a.   $ 0.00 |
| | 15b.   Health insurance | 15b.   $ 0.00 |
| | 15c.   Vehicle insurance | 15c.   $ 100.00 |
| | 15d.   Other insurance. Specify: | 15d.   $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.   $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a.   $ 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b.   $ 0.00 |
| | 17c.   Other. Specify: | 17c.   $ 0.00 |
| | 17d.   Other. Specify: | 17d.   $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.   $ 0.00 |
| | | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.   Mortgages on other property | 20a.   $ 0.00 |
| | 20b.   Real estate taxes | 20b.   $ 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.   $ 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.   $ 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e.   $ 0.00 |
| 21. | **Other: Specify:   Misc household expenses** | 21.   +$ 150.00 |
| 22. | **Calculate your monthly expenses** | |
| | 22a.   Add lines 4 through 21. | $ 3,665.61 |
| | 22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c.   Add line 22a and 22b.  The result is your monthly expenses. | $ 3,665.61 |
| 23. | **Calculate your monthly net income.** | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.   $ 4,868.00 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b.  -$ 3,665.61 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.   $ 1,202.39 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

1  JOHN F. BRADY, ESQ., State Bar #63900
   JOHN F. BRADY & ASSOCIATES, APLC
2  4308 Lime Street
3  Riverside, CA 92501

4  Tel: (951) 682-3050; Fax: (951) 777-2875
   E-mail: johnbrady.cbg@gmail.com
5
6  Attorney for Debtor

7
                    UNITED STATES BANKRUPTCY COURT
8
9                    CENTRAL DISTRICT OF CALIFORNIA

10                        RIVERSIDE DIVISION

11
   In re:                          )    CASE NO.: 6:18-bk-17735 MH
12                                  )
                                    )
13                                  )    DECLARATION OF CARLOS GARCIA
                                    )    IN SUPPORT OF MOTION TO
14 CARLOS GARCIA                    )    EXTEND THE AUTOMATIC STAY.
                                    )
15 Debtor                           )    Date:    October 2, 2018
                                    )    Time:    10:00 AM
16                                  )    Crtrm:   303
                                    )    Location: 3420 Twelfth St.
17                                  )             Riverside CA 92501
                                    )
18                                  )
19 ────────────────────────────────

20
        I, CARLOS GARCIA, declare:
21
   1.    I am over the age of eighteen years and the matters set forth herein are of my own personal
22
   knowledge and if called and sworn as a witness I could and would competently testify to the fact set
23
   forth in this Declaration.
24
   2.    I am the debtor in this chapter 13 bankruptcy which was filed on September 12, 2018.
25
   3.    The assets in this bankruptcy case include a single family residence located at:
26
   480 Bryn Mawr Ct, Colton, CA 92530.
27
   4.    I am of the opinion that the value of our residence is $262,177.00 based on comparable sales in
28
   the area and valuation by Zillow. Attached is valuation from Zillow which shows a value of

$262,177.00 as of September 15, 2108, marked as Exhibit"A". The amount owing on our mortgage is $ 146,279.00 based on the Notice of Trustee's Sale, a copy is attached marked Exhibit"B".

5.     The equity in the property is approximately $110,046.00. There is an equity cushion of $110,046.00 and the equity is 74% of the amount owing on the 1st and only mortgage on the property.

6.     In the prior case I wanted to hold onto the house as that is where my spouse and I live with our two minor children ages 5 and 11. In the prior case my budget was extremely low and in hindsight unrealistic.

7.     My income on schedule I was $3,927.00 net after payroll deductions and my expenses per schedule J were $2,716.00. The schedule J expenses after deducting my mortgage payment were $1,733.00 The IRS Guidelines allowed for the same expenses were $2,640.00. My expenses were $904.00 *under* Guideline expenses. This is very low schedule J expenses for a family of four (4).. This I now see is a reason why the case would not work and I was constantly behind.  My expenses were unrealistically low.  I thought I could get overtime or more shifts to have more income but that did not happen as I expected.

8.     One of the reasons I got behind and my case was dismissed was that I had no income for the month of March 2018 because I needed to complete testing requirements to keep for my Federal Railroad license current.  Because I did not take that test I was not eligible to work until I got re-tested. That cost me an entire months' income. I got behind on my mortgage and trustee payments and was in the process of catching up with my mortgage by paying extra payments. But I could not get caught up with my trustee payments by the time of the hearing on the motion to dismiss and the case got dismissed.

9.     In my prior case the IRS was requiring that I withhold more than what was required and as a result I received a $10,000.00 refund. This has been changed and my withholding has been corrected appropriately.  This change increases my take-home pay.

10.     In this case, my net income per schedule I is $4,868.00 which is $941.00 more per month than in the prior case. Ironically, the additional income ($941.00) is the approximate amount I was under ($904.00) in the previous case.  My expenses per schedule J are $3,665.61. After deducting the mortgage payment my schedule J expenses are $2,637.00. The expenses are still under the Guidelines

of $2,899.00 by $262.00 for a family of four (4). My expenses are more realistic as to what we actually spend and for the Plan to be feasible.

11.    The Plan payment in the prior case was $1,587.00 and a 52% Plan. In this case the proposed Plan payment is $1,202.00 and a 100% Plan.

12.    With the additional income I believe I will be able to fulfill my financial obligations to the Court, the Trustee and our creditors. I hope to keep our house as we live there with our two children ages 5 and 11 years old.

13.    This bankruptcy filing is made in good faith. I am proposing to pay back our mortgage arrears, our one car and other debts through the Chapter 13 Plan.

14.    I request the Court to extend the automatic stay for the remainder of the case regarding all my creditors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2018 at Riverside, California.

CARLOS GARCIA

# EXHIBIT A

# 480 Bryn Mawr Ct

# Colton, CA 92324

Pre-Foreclosure

AUCTION

Foreclosure Estimate: $233,337

Zestimate®: $262,177

## 2 beds 1 bath 945 sqft

♡ Save    ✉ Share    ⚬⚬⚬More

Contact Agent

Map ↗



© 2018 Microsoft Corporation
© 2018 HERE

This 945 square foot single family home has 2 bedrooms and 1.0 bathrooms. It is located at 480 BRYN MAWR CT COLTON, California.

## Facts and Features

| 🗎 Type | 🗓 Year Built | 🌡 Heating |
|---|---|---|
| Single Family | 1953 | Wall |
| ❄ Cooling | Ⓟ Parking | ▨ Lot |
| None | Carport, Attached Garage | 10,208 sqft |

## Interior Features

Bedrooms

# Home Shoppers are Waiting

📈

Ask an agent about market conditions in your neighborhood.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 480 BRYN MAWR CT, COLTON, CA



Contact Agent

Or call 909-345-2495 for more info

## Nearby Similar Sales

**SOLD: $265,000**
Sold on 06/27/18
2 bds, 1 ba, 972 sqft
1755 Kippy Dr, Colton, CA 92324

**SOLD: $275,000**
Sold on 11/02/17
2 bds, 1 ba, 1,378 sqft
1725 Jeryl Ave, Colton, CA 92324

**SOLD: $270,000**
Sold on 08/07/18
3 bds, 1 ba, 952 sqft
615 Mill St, Colton, CA 92324

**SOLD: $265,000**
Sold on 01/05/18
3 bds, 1 ba, 1,302 sqft
497 Mill St, Colton, CA 92324

**SOLD: $257,000**
Sold on 12/29/17

# EXHIBIT B

WFG National Default Services

Copy of Document Recorded at
San Bernardino, CA County Recorder
2018-0301361 BK:   PG:
08/17/2018    has not been compared with
original. Original will be returned when
process has been completed.

Fee: 105.00 DTT: 0.00 CA-SB2: 0.00
Total: 105.00

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Assured Lender Services, Inc.
2552 Walnut Avenue
Suite 100
Tustin, CA 92780

Space above this line for recorder's use only

Trustee Sale No. F16-00025 RF    Loan No. 20944    Title Order No. 160022662

## NOTICE OF TRUSTEE'S SALE

### NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO

TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP

LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 04/11/2007 AND MORE FULLY DESCRIBED BELOW. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash or cashiers check (payable at the time of sale in lawful money of the United States) (payable to Assured Lender Services, Inc.), will be held by a duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, legal fees and costs, charges and expenses of the undersigned trustee ("Trustee") for the total amount (at the time of the initial publication of this Notice of Trustee's Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor(s):    **CARLOS GARCIA, A SINGLE MAN**

Recorded:    **recorded on 04/17/2007 as Document No. 2007-0232501 of Official Records in the office of the Recorder of San Bernardino County, California;**

Date of Sale:    **09/13/2018 at 01:00PM**

Place of Sale:    **near the front steps of the Chino Civic Center located at 13220 Central Avenue, Chino, CA 91710**

Amount of unpaid balance and other charges:  **$146,278.45**

1



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4308 Lime Street
Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/15/2018__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)        notice-efile@rodan13.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __09/15/2018__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JTF Rose Inc., a California Corporation
Attn Jeff Rose
2811 E. Katella Ave., Ste. 100
Orange, CA 92867-5247

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/15/2018__ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| __09/15/2018__ | __Silvia Garcia_____ | __/s/ Silvia Garcia_____ |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 10                              **F 4001-1.IMPOSE.STAY.MOTION**

Label Matrix for local noticing
0973-6
Case 6:18-bk-17735-MH
Central District of California
Riverside
Sat Sep 15 16:55:11 PDT 2018

Awa Collections
Attn: Banrkuptcy
100 Church Street
Diskson, TN 37055-1826

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

FRANCHISE TAX BOARD
BANKRUPTCY  SECTION MS A340
PO  BOX 2952
Sacramento, CA 95812-2952

Pacific Transportatn F
501 W 190th St
Gardena, CA 90248-4266

Synchrony Bank/Walmart
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

3420 Twelfth Street,
Riverside, CA 92501-3819

Broad Street Auto Loans
4508 Atlantic Ave, Suite 811
Long Beach, CA 90807-1520

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101-2076

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

SBC Tax Collector
268  W. Hospitality Lane 1st Fl
San Bernardino, CA 92415-0360

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Assured Lender Services, Inc
2552 Walnut Avenue, Suite 100
Tustin, CA 92780-6984

Calvary SPV I LLC / Syncronic Bank
Care Credit
500 Summit Lake Drive. Suite 400
Valhalla, NY 10595-2321

Capital One NA
c/o Becket and Lee LLP
PO  Box 3001
Malvern, PA 19355-0701

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

JPMorgan Chase Bank,N.A
POB  29505 AZ1-1191
Phoenix, AZ 85038-9505

NPRTO California, LLC
256  West Data Drive
Draper, UT 84020-2315

Speedy Cash
PO  BOX 780408
Wichita, KS 67278-0408

Carlos Garcia
480 Bryn Mawr Ct.
Colton, CA 92324-1405

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.